IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JACKELINE GONZALEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-CV-00256-Y |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | JURY DEMANDED |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    */s/ Clayton Hardin\**
    Bill L. Voss
    State Bar No. 24047043
    Scott G. Hunziker
    State Bar No. 24032446
    Clayton Hardin
    State Bar No. 24090144
    **THE VOSS LAW FIRM, P.C.**
    26619 INTERSTATE 45
    THE WOODLANDS, TEXAS 77380
    TELEPHONE: (713) 861-0015
    FACSIMILE: (713) 861-0021
    Email: scott@vosslawfirm.com
           clayton@vosslawfirm.com
           bill.voss@vosslawfirm.com
    **COUNSEL FOR PLAINTIFF**
    \*signed with permission

    And

    */s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.:  24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  rthompson@thompsoncoe.com
    ahamil@thompsoncoe.com
**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of June 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and email in accordance with the Federal Rules of Civil Procedure:

Bill L. Voss
Scott G. Hunziker
Clayton Hardin
**The Voss Law Firm, P.C.**
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Email: bill.voss@vosslawfirm.com
    scott@vosslawfirm.com
    clayton@vosslawfirm.com
*Counsel for Plaintiff*

    */s/ Adrienne B. Hamil*
Adrienne B. Hamil