# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JACKELINE GONZALEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 4:15-CV-00256-Y** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | **JURY DEMANDED** |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jackeline Gonzalez and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant State Farm Lloyds are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 27th day of August 2015.

Respectfully submitted,

*/s/ Clayton Hardin\**
Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
Clayton Hardin
State Bar No. 24090144
**THE VOSS LAW FIRM, P.C.**
26619 INTERSTATE 45
THE WOODLANDS, TEXAS 77380
TELEPHONE: (713) 861-0015
FACSIMILE: (713) 861-0021
Email: scott@vosslawfirm.com
       bill.voss@vosslawfirm.com
       clayton@vosslawfirm.com
**COUNSEL FOR PLAINTIFF**
**\*signed with permission**

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
       ahamil@thompsoncoe.com

**COUNSEL FOR DEFENDANT**
**STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of August 2015, the foregoing pleading was delivered to the following counsel via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Bill L. Voss
Scott G. Hunziker
Clayton Hardin
**THE VOSS LAW FIRM, P.C.**
26619 INTERSTATE 45
THE WOODLANDS, TEXAS 77380
TELEPHONE: (713) 861-0015
FACSIMILE: (713) 861-0021
Email: scott@vosslawfirm.com
       bill.voss@vosslawfirm.com
       clayton@vosslawfirm.com

/s/ Adrienne B. Hamil
Adrienne B. Hamil

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE -2
2222963v2
10578.132