IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JACKELINE GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL NO. 4:15-CV-256-Y |
| | § | |
| STATE FARM LLOYDS | § | |

FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE. Costs of court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED November 2, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj